```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

| | |
|---|---|
| DAWN CHISOLM, | JUDGMENT |
| Plaintiff, | 20-cv-03537-KAM-RLM |
| v. | |
| EMPIRE PARATRANSIT CORP., NEW YORK CITY TRANSIT AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY DIVISION OF PARATRANSIT, and METROPOLITAN TRANSPORTATION AUTHORITY | |
| Defendants. | |

```
----------------------------------------------------------------X
```

A Minute Entry and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 18, 2020, granting plaintiff's motion to dismiss her federal claims; and dismissing this action without prejudice for lack of subject matter jurisdiction over the state law claim; it is

ORDERED and ADJUDGED that plaintiff's motion to dismiss her federal claims is granted; and that this action is dismissed without prejudice for lack of subject matter jurisdiction over the state law claim.

Dated: Brooklyn, New York  
       September 21, 2020

                                              Douglas C. Palmer  
                                              Clerk of Court

                                  By:   */s/Jalitza Poveda*  
                                             Deputy Clerk